IN UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

MARICELA ZARAGOZA-NAVARRO, )
)
          Plaintiff, )
)
vs. )   Case No. 20-2213-JWB-KGG
)
ADVANCE STORES COMPANY, INC., )
)
          Defendant. )
)

## STIPULATION OF DISMISSAL OF THIS ACTION WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff Maricela Zaragoza-Navarro, by and through her counsel, and Defendant Advance Stores Company, Inc., by and through its counsel, hereby stipulate to the dismissal of this action with prejudice, with each party to bear its own costs.

/s/ Scott E. Sanders
Scott E. Sanders, #18744
McDonald Tinker PA
300 W. Douglas, Suite 500
Wichita, KS 67202
T: (316) 263-5851  F: (316) 263-4677
ssanders@mcdonaldtinker.com
*Attorney for Defendant*

/s/ William L. Barr, Jr.
William L. Barr, Jr., #26775
Brad Pistotnik Law, P.A.
10111 E. 21st Street N., Suite 204
Wichita, KS 67206
T: (316) 684-4400  F: (316) 684-4405
bill@bradpistotniklaw.com
*Attorney for Plaintiff*